Matthew Tsai, Esq.
Nevada Bar No. 14290
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: 702-474-2642
Fax: 702-949-8398
Email: MTsai@lrrc.com

*Attorneys for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIANA CARCELEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association; SYNCHRONY BANK, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No. 2:19-cv-01533-APG-VCF<br><br>**JOINT MOTION AND ORDER FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

COME NOW Plaintiff Adriana Carcelen ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by counsel and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

**STATEMENT OF JOINT MOTION**

1. On September 3, 2019, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. Synchrony was served with the Complaint on September 23, 2019.

3. Synchrony's response to the Complaint is due by October 14, 2019.

4. The Parties have engaged in preliminary discussions in this matter. In order to adequately investigate the allegations and explore the possibility of an early resolution, Synchrony desires an extension until November 4, 2019, to file a response to the Complaint.

5. Counsel for Synchrony conferred with counsel for Plaintiff regarding this Joint Motion. Counsel for Plaintiff agrees to the requested extension.

6. This Joint Motion is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

7. This is the first request for extension of time for Synchrony to respond to the Complaint.

DATED: October 14, 2019.                              DATED: October 14, 2019.

/s/ Matthew Tsai                                              /s/ Kevin L. Hernandez
Matthew Tsai                                                  Kevin L. Hernandez
Nevada Bar No. 14290                                          Nevada Bar No. 12594
LEWIS ROCA ROTHGERBER CHRISTIE LLP                            LAW OFFICE OF KEVIN L. HERNANDEZ
3993 Howard Hughes Parkway, Suite 600                         8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89169                                           Las Vegas, NV 89123

*Counsel for Defendant Synchrony Bank*                        *Counsel for Plaintiff Adriana Carcelen*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-15-2019