Matthew Tsai, Esq.
Nevada Bar No. 14290
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: 702-474-2642
Fax: 702-949-8398
Email: MTsai@lrrc.com

*Attorneys for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIANA CARCELEN, <br><br> Plaintiff, <br><br> vs. <br><br> CITIBANK, N.A., a national banking association; SYNCHRONY BANK, a foreign corporation; EQUIFAX INFORMATION SOLUTIONS, INC., a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and TRANS UNION LLC, a foreign limited-liability company; <br><br> Defendants. | Case No. 2:19-cv-01533-APG-VCF <br><br> **JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT (SECOND REQUEST)** |

COME NOW Plaintiff Adriana Carcelen ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by counsel and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

**STATEMENT OF JOINT MOTION**

1. On September 3, 2019, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. Synchrony was served with the Complaint on September 23, 2019.

3. Synchrony's response to the Complaint was originally due by October 14, 2019.

4. On October 15, 2019, this Court granted Plaintiff's and Synchrony's Joint Motion for Defendant Synchrony Bank to Respond to Complaint (the "First Request"), extending the time within which Synchrony was to respond to the Complaint until November 4, 2019.

5. Synchrony's time to respond to the Complaint has not yet expired.

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

6. The Parties have engaged in preliminary discussions in this matter. Synchrony continues investigating the allegations and believes that it is possible for the parties to reach an early resolution. In order to explore the possibility of an early resolution, Synchrony desires a second extension until November 18, 2019, to file a response to the Complaint.

7. Counsel for Synchrony conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

8. This Joint Motion is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

9. This is the second request for extension of time for Synchrony to respond to the Complaint.

DATED: November 4, 2019.

*/s/ Matthew Tsai*
Matthew Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Counsel for Defendant Synchrony Bank*

DATED: November 4, 2019.

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123

*Counsel for Plaintiff Adriana Carcelen*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2019

2
JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT
(SECOND REQUEST)